FILED

DEC 17 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| v. ) | CASE NO. 5:25 CR 00621 |
| RICHARD L. CERCONE, ) | Title 18, United States Code, Section 1344(1) |
| Defendant. ) | JUDGE LIOI |

## GENERAL ALLEGATIONS

1. At all times material to this Indictment, First Federal Community Bank was a financial institution, as defined under Title 18, United States Code, Section 20, located in the Northern District of Ohio, Eastern Division, the deposits of which were insured by the Federal Deposit Insurance Corporation, a federal government agency that insures bank deposits against substantial losses with the two-fold aim of preventing a bank's collapse and instilling public confidence in the nation's banking system.

2. At all times material to this Indictment, RICHARD L. CERCONE, along with others known and unknown to the Grand Jury, operated Rick's Motor Sales, L.L.C. located in the Northern District of Ohio, Eastern Division.

3. At all times material to this Indictment, Rick's Motor Sales, L.L.C., owned and operated two bank accounts at First Federal Community Bank, located in the Northern District of Ohio, Eastern Division.

COUNT 1
(Bank Fraud, 18 U.S.C. § 1344(1))

The Grand Jury charges:

4. From in or around April 1, 2018, through January 8, 2020, in the Northern District of Ohio, Eastern Division, the Defendant, RICHARD L. CERCONE, knowingly and with an intent to defraud, did execute a scheme or artifice to defraud a financial institution, to wit: First Federal Community Bank.

MANNER AND MEANS

5. It was part of the scheme that:

a. On multiple occasions, RICHARD L. CERCONE, acting as the owner and/or operator of Rick's Motor Sales, L.L.C., directed funds to be withdrawn via check from a bank account (account #1) owned by Rick's Motor Sales, L.L.C., at First Federal Community Bank, and be deposited into a second bank account (account #2) owned by Rick's Motor Sales, L.L.C., at First Federal Community Bank, knowing that there were insufficient funds in account #1 to cover the amount withdrawn via check.

b. The funds were withdrawn from account #1 and deposited into account #2 in order to satisfy a deficiency in account #2.

c. Before the check from account #1 cleared and the lack of sufficient funds was discovered by First Federal Community Bank, RICHARD L. CERCONE, acting as the owner and/or operator of Rick's Motor Sales, L.L.C., directed funds from account #2 to be withdrawn via check and deposited into account #1 at First Federal Community Bank in order to satisfy the deficiency in account #1, knowing that there were insufficient funds in account #2 to cover the amount withdrawn via check.

      d.      The funds were withdrawn from account #2 and deposited into account #1 in order to satisfy the deficiency in account #1.

      e.      RICHARD L. CERCONE continued this conduct from April 1, 2018, through January 8, 2020, and as a result of this scheme or artifice, RICHARD L. CERCONE defrauded and attempted to defraud First Federal Community Bank out of money and property valued over $1,400,000.

      All in violation of Title 18, United States Code, Section 1344(1).

      A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.